Exhibit B

# Martha McBrayer

**From:** Hanna Bouveng <hannabouveng@icloud.com>
**Sent:** Tuesday, April 29, 2014 12:42 PM
**To:** Martha McBrayer
**Subject:** Fwd: Hanna Bouveng was terminated and her alcohol abuses caught on video

Påbörja vidarebefordrat meddelande:

> **Från:** Helena Bouveng <helena.bouveng@riksdagen.se>
> **Datum:** 29 apr 2014 kl. 08:21
> **Till:** "Hannabouveng@icloud.com" <hannabouveng@icloud.com>
> **Ämne: Fwd: Hanna Bouveng was terminated and her alcohol abuses caught on video**
>
> Skickat från min iPhone
>
> Vidarebefordrat brev:
>
>> **Från:** "Benjamin Wey" <bwey@nyggroup.com>
>> **Kopia:** "nils@monera.se" <nils@monera.se>, "lars.forseth@manpowergroup.se" <lars.forseth@manpowergroup.se>, "Helena Bouveng" <helena.bouveng@riksdagen.se>
>> **Ämne: Hanna Bouveng was terminated and her alcohol abuses caught on video**
>>
>> Nils,
>>
>> After extensive investigations by former police detectives, I firmly believe Hanna is in serious trouble here in New York. If you still want to save her, you should recognize the fact that you should get her back to Sweden. Her employment with our firm was terminated on February 22 due to lies and unprofessional conducts.
>>
>> We have CCTV videos of Hanna living and partying with her black man night club promoter boyfriend, James Chauvet. You can easily find his information on Facebook and on the internet. Night club promoters make money from girls in exchange for sex and alcohol. We can send these videos and photos to you, or upload to the internet for you. James started living with Hanna in our corporate apartment at least since late February 2014. They partied and lived together almost every weekend. They have an intimate and sexual relationship, together with Hanna's girlfriend in NYC, another Swedish girl named Chemme Koluman from Stockholm.
>>
>> Background: Hanna lives a double life in New York: In the day time she was an assistant to us, at night, she became an alcoholic and party animal. Her boyfriend James is the provider of Hanna's partying and alcohol, in return, he got sex from Hanna and other club girls. They first met in early 2013 at a night club.

1

Background checks on this James Chauvet turned out he has illegal drug use and criminal records. Hanna's party girlfriend Chemme is fully aware of their relationships. We have videos that show many times Hanna and this black man walking, drunk, back to Hanna's apartment after 2 am, and spending nights, almost every weekend. The latest videos were on April 16 (about 10:30 pm), April 20 (about 11:30 pm), April 21 (about 2:30 am). She was terminated by our firm on February 22. Hanna's U.S. visa will around May 22. Then she will have to return to Sweden or become illegal subject to deportation.

It's important the media and newspapers are not aware of the drug, alcohol and sex scandal that could kill Hanna's aunt Helena Bouveng's political career. New York media loves these types of sensational stories - a black man night club promoter having sex with Swedish girls in exchange for alcohol and illegal drugs. A reporter from the New York Post, a tabloid, is poking around this story.

Let me know if we need to do anything to help. Hanna has been a very disappointing experience as our intern. Our firm has a zero tolerance policy for alcohol abuse, illegal drugs and violations of professional conducts. Only you can save her. Get her home to Sweden and start her life afresh. I wish you all the best.

Benjamin Wey

Hanna's boyfriend in New York, a night club promoter[X]r, James Chauvet.

[X]
[X]
[X]