# AFFIDAVIT OF SERVICE

State of New York      County of Southern District of NY      United States District Court

Index Number: 14 CV 5474
Date Filed: _____

Plaintiff:
**Hanna Bouveng**

vs.

Defendant:
**NYG Capital LLC d/b/a New York Global Group, NYG Capital LLC d/b/a FNL Media LLC, and Benjamin Wey**

For:
Morelli, Alters, Ratner LLP
950 3rd Avenue
11th Floor
New York, NY 10022

Received these papers on the 23rd day of July, 2014 at 11:31 am to be served on **Benjamin Wey c/o, 40 Wall Street, New York, NY 10005**.

I, Mohamed Bouri, being duly sworn, depose and say that on the **23rd day of July, 2014** at **3:27 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons In A Civil Action and Complaint Notice Regarding Availability of Electronic Filing** with **Jane Doe** at **40 Wall Street, New York, NY 10005**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **Summons In A Civil Action and Complaint Notice Regarding Availability of Electronic Filing** in a postpaid envelope addressed to: **40 Wall Street, New York, NY 10005** and bearing the words "Personal & Confidential" by First Class Mail on **7/23/2014** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: Brown, Height: 5'5", Weight: 150, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 28th day of July, 2014 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

ANGELA K CRUZ
Notary Public - State of New York
NO. 01CR6274203
Qualified in Suffolk County
My Commission Expires 12/16

_____
**Mohamed Bouri**
1278466

Our Job Serial Number: MLR-2014012741

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n