UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNA BOUVENG,

               Plaintiff,

    v.

NYG CAPITAL LLC d/b/a NEW YORK GLOBAL GROUP, FNL MEDIA LLC, and BENJAMIN WEY,

               Defendants.

Case No. 14-CV-5474 (PGG)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion To Dismiss the Second Amended Complaint, Defendants NYG Capital LLC, FNL Media LLC, and Benjamin Wey will move this Court at a date, time, and place to be designated by this Court, pursuant to Rule 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure, to partially dismiss the Second Amended Complaint for failure to state a claim upon which relief can be granted and for lack of subject matter jurisdiction, and for such other relief as the Court deems proper.

SHER TREMONTE LLP

By: /s/ Justin M. Sher
      Justin M. Sher
      Mark Cuccaro
80 Broad Street, Suite 1301
New York, New York 10004
Tel: 212.202.2600
Email: jsher@shertremonte.com

*Attorneys for Defendants*
*NYG Capital LLC, FNL Media LLC, and Benjamin Wey*