To Hon Paul G Gardephe    Page 1 of 2    2015-03-13 16 16 52 (GMT)    From Sher Tremonte LLP

Case 1:14-cv-05474-PGG-DCF   Document 112   Filed 03/19/15   Page 1 of 2
Case 1:14-cv-05474-PGG-DCF   Document 103   Filed 03/13/15   Page 1 of 2

# SHER TREMONTE LLP

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/15
```

March 13, 2015

**BY ECF & FAX**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Fax: 212.805.7986

**MEMO ENDORSED**

The Application is granted.
**SO ORDERED:**

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: March 19, 2015

*The discovery deadline is extended by thirty days for the purpose of taking Mr. Chauvet's deposition. The Clerk will terminate the motion (Dkt. No. 103).*

Re:  *Hanna Bouveng v. NYG Capital LLC, et al.*
     (Case No. 14 Civ. 5474 (PGG))

Dear Judge Gardephe:

    We write on behalf of Defendants Benjamin Wey, NYG Capital LLC, and FNL Media LLC (the "Defendants") with respect to the scheduled deposition of James Chauvet. Pursuant to Judge Freeman's order during a March 9, 2015 telephone conference, and consistent with the Court's rulings on March 6, Mr. Chauvet's deposition was scheduled to take place today at 10:00 a.m. in accordance with a subpoena accepted for Mr. Chauvet by Plaintiff's counsel on February 26, 2015.

    Plaintiff's attorneys (who also represent Mr. Chauvet) informed us yesterday that they are unable to locate Mr. Chauvet and cannot produce him for his scheduled deposition as they had represented they would. Plaintiff's counsel has directed Defendants to attempt to serve a subpoena directly on Mr. Chauvet and have no objection to extending discovery to allow Defendants to take Mr. Chauvet's deposition.

    As the Court may recall, Mr. Chauvet is a critical witness in this matter whom Plaintiff's counsel noticed (but did not call) for the preliminary injunction hearing. Plaintiff's counsel has also indicated that Mr. Chauvet is likely to testify at trial.

    Defendants respectfully request that the Court extend the discovery deadline by 30 days so that Defendants may locate, subpoena and depose Mr. Chauvet. The parties are currently scheduled to attend a status conference on March 19 at 10 a.m. should the Court wish to address this matter in person.

80 BROAD STREET, SUITE 1301 | NEW YORK, NEW YORK 10004
WWW.SHERTREMONTE.COM | TEL: 212-202-2600 | FAX: 212-202-4156

To Hon Paul G Gardephe  Page 2 of 2                    2015-03-13 16 16 52 (GMT)                                 From Sher Tremonte LLP

Case 1:14-cv-05474-PGG-DCF   Document 112   Filed 03/19/15   Page 2 of 2
Case 1:14-cv-05474-PGG-DCF   Document 103   Filed 03/13/15   Page 2 of 2

Hon. Paul G. Gardephe
March 12, 2015
Page 2

                    Respectfully submitted,

                    /s/ Justin M. Sher

                    Justin M. Sher
                    Mark Cuccaro

cc:    Hon. Debra Freeman
       David Ratner, Esq. (by email and ECF)