UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNA BOUVENG,

                Plaintiff,

– against –

NYG CAPITAL LLC d/b/a NEW YORK GLOBAL GROUP, FNL MEDIA LLC, and BENJAMIN WEY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3.20.15

**ORDER**

14 Civ. 5474 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the December 18, 2014 case management plan is modified as follows:

1. the fact discovery deadline is extended until **April 6, 2015** for the limited purpose of conducting the four remaining fact depositions; and

2. the joint pre-trial order, motions in limine, proposed voir dire, and requests to charge are due on **April 13, 2015**.

It is further ORDERED that the following schedule will apply to Plaintiff's motion for contempt sanctions:

1. Plaintiff's motion is due on **March 24, 2015**;

2. Defendants' opposition is due on **March 30, 2015**; and

3. Plaintiff's reply, if any, is due on **March 31, 2015**.

Counsel are reminded of their obligation to cite legal authority supporting the relief they seek or legal position they assert.

Dated: New York, New York
March 19, 2015

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge