UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNA BOUVENG,

                Plaintiff,

v.

NYG CAPITAL LLC d/b/a NEW YORK
GLOBAL GROUP, FNL MEDIA LLC, and
BENJAMIN WEY,

                Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/15
```

Case No. 14-CV-5474 (PGG)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion To Extend Discovery Deadlines To Accommodate Submission Of Expert Report Based On Psychiatric Examination Of Plaintiff And Incorporated Memorandum Of Law, Defendants NYG Capital LLC, FNL Media LLC, and Benjamin Wey will move this Court at a date, time, and place to be designated by this Court, to enter an order extending the time for discovery to allow Defendants to submit a psychiatric expert report by Dr. Barbara Ziv based on an in-person independent medical examination of Plaintiff conducted by Dr. Ziv.

**MEMO ENDORSED**

For the reasons discussed in open Court on March 19, 2015, Defendants' application for expert discovery and an independent psychiatric examination of Plaintiff is granted. Defendants are entitled to such relief given Plaintiff's claims of mental distress and emotional harm. The parties are directed to propose a schedule for expert discovery that complies with the trial date. The Clerk of Court will terminate the motion (Dkt. No. 104).

SHER TREMONTE LLP

By: /s/ Justin M. Sher
    Justin M. Sher
    Mark Cuccaro
80 Broad Street, Suite 1301
New York, New York 10004
Tel: 212.202.2600
Email: jsher@shertremonte.com

*Attorneys for Defendants NYG Capital LLC, FNL Media LLC, and Benjamin Wey*

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: March 19, 2015