```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNA BOUVENG,

                Plaintiff,

– against –

NYG CAPITAL LLC d/b/a NEW YORK
GLOBAL GROUP, NYG CAPITAL LLC
d/b/a FNL MEDIA LLC, and BENJAMIN
WEY,

                Defendants.

**ORDER**

14 civ 5474 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       Trial of this matter will begin on **Monday, June 8, 2015**, at 9:30 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse. The joint pretrial order, motions in limine, proposed voir dire and requests to charge are due on **May 8, 2015**. Any responsive papers are due **May 22, 2015**.

Dated: New York, New York
       April 15, 2015

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge