UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANNA BOUVENG,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NYG CAPITAL LLC d/b/a NEW YORK GLOBAL GROUP, FNL MEDIA LLC, and BENJAMIN WEY,<br><br>　　　　　　　Defendants. | Case No. 14-CV-5474 (PGG) |

**NOTICE OF MOTION TO REQUIRE PLAINTIFF TO
IDENTIFY DEFAMATION STATEMENTS AND RETALIATORY
CONDUCT, OR FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum Of Law In Support Of Defendants' Motion To Require Plaintiff To Identify Defamation Statements And Retaliatory Conduct, Or For Partial Summary Judgment, dated May 22, 2015, Defendants NYG Capital LLC d/b/a New York Global Group ("NYGG"), FNL Media LLC ("FNL Media") and Benjamin Wey, through their undersigned attorneys, will move this Court, before the Honorable Paul G. Gardephe, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for an order requiring Plaintiff Hanna Bouveng to identify defamation statements and retaliatory conduct, or for partial summary judgment, and for other and further relief as this Court may deem just and proper.

Dated: May 22, 2015

                                            Respectfully submitted,

                                              s/Glenn Colton

                                              Glenn Colton
                                              Gary Meyerhoff
                                              1221 Avenue of the Americas
                                              New York, New York 10020
                                              Tel. (212) 768-6700

                                              *Attorneys for Defendants*