# EXHIBIT D



Plaintiff's Exhibit
20

Påbörja vidarebefordrat meddelande:

**Från:** Benjamin Wey <bwey@nyggroup.com>
**Datum:** 27 mar 2014 kl. 04:39
**Till:** Hanna Bouveng <hannabouveng@icloud.com>
**Ämne: Re: Update re meetings**

Thank you for the quick updates. Just called your local cell and had no answer. Setterwalls should have pitched us for their abilities, rather than asking us intrusive questions that they do not understand as a local firm. I have learned from this experience how much lack of understanding of U.S. and Wall Street practices a local firm can be - fear of the unknown overtakes any willingness to explore the truth. I am primarily interested in: the status with: 1) the aged Swedish company that they have identified for possible acquisition? 2) Other considerations and thoughts on the questions list? Tack.

-----原始邮件-----

发件人: "Hanna Bouveng" <hannabouveng@icloud.com>

发送时间: 2014-03-27 07:12:32 (星期四)

收件人: "Benjamin Wey" <bwey@nyggroup.com>

抄送:

主题: Update re meetings

Setterwalls have a beautiful office. This is the style I envision NL will have. (See below)

Meeting went well. They had a lot of questions regarding their investigation of New York global group. They even asked about Oklahoma. I answered all of their questions very properly and also said that you and I would be available any time they would like to call or email us for questions.

I also had meeting with dla Nordic. We had lunch at their office, it was me and 4 other people. I will email you more thoroughly later tonight from my computer.