# EXHIBIT G

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK

In re:                                  :
                                              Docket #14cv05474
BOUVENG,                                :  1:14-cv-05474-PGG-DCF
              Plaintiff,
                                        :

  - against -
                                        :
NYG CAPITAL, LLC, et al.,                  New York, New York
                                        :  April 29, 2015
              Defendants.
--------------------------------------- :

                       PROCEEDINGS BEFORE
                  THE HONORABLE DEBRA FREEMAN,
           UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:       MORELLI ALTERS RATNER, P.C.
                         BY:  DAVID S. RATNER, ESQ.
                              MARTH MARTIN MCBRAYER, ESQ.
                         777 Third Avenue
                         31st Floor
                         New York, New York 10017
                         (212) 751-9800

For the Defendants:      SHER TREMONTE, LLP
                         BY:  MARK ELLIOT CUCCARO, ESQ.
                              JUSTIN M. SHER, ESQ.
                         80 Broad Street
                         Suite 1301
                         New York, New York 10004
                         (212) 202-2600




Transcription Service:   Carole Ludwig, Transcription Services
                         141 East Third Street #3E
                         New York, New York 10009
                         Phone:  (212) 420-0771
                         Fax:  (212) 420-6007

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service

Appearances (Cont'd):
```

```
 1                                                          54
 2   sort of a collection of, you know, miscellany later like this.
 3   You build a record for you got the deposition.  If you've got
 4   it you show me.
 5             All right.  And then I have documents -- I'm sorry,
 6   records regarding employment of Casa Linne, L-I-N-N-E.  This
 7   looks like a non-issue I think?  No?  Issue or non-issue at
 8   this point?
 9             MR. RATNER:  Your Honor, (indiscernible) at the
10   last conference.  We said --
11             THE COURT:  You provide a statement but you're not
12   claiming economic damages, right?
13             MR. RATNER:  And I told them my word is good.
14   We're not claiming economic damages.  I put it in a letter.  I
15   put it in an e-mail.  We're not claiming economic damages.
16   And now it's on the record in court.  You're not claiming
17   economic damages.
18             THE COURT:  So I think that issue is a non-issue.
19   Is that correct, counsel?
20             MR. CUCCARO:  In part.  I think specifically with
21   respect to Casa Lenne the economic damages representation from
22   plaintiff's counsel probably does take care of it.  We're
23   seeking additional documentation relating to plaintiff's
24   income which would include her 2013 and 2014 tax return.  And
25   those are documents that we think are relevant because the
```