UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNA BOUVENG,

                Plaintiff,

– against –

NYG CAPITAL LLC d/b/a NEW YORK GLOBAL GROUP, NYG CAPITAL LLC d/b/a FNL MEDIA LLC, and BENJAMIN WEY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 5, 2015

**ORDER**

14 Civ. 5474 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the trial of this matter previously scheduled for June 8, 2015 is adjourned to **June 10, 2015 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         June 5, 2015

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge