USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNA BOUVENG,

                Plaintiff,

    – against –

NYG CAPITAL LLC d/b/a NEW YORK GLOBAL GROUP, FNL MEDIA LLC, and BENJAMIN WEY,

                Defendants.

**ORDER**

14 Civ. 5474 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in open court, Count 13 of the Second Amended Complaint (Dkt. No. 40) is hereby severed and will proceed to trial separately, together with any counterclaims that Defendants choose to file. The parties must complete discovery on this claim by **July 6, 2015**.

        Furthermore, at today's conference, Plaintiff informed the Court that she was withdrawing Counts 3, 4, 5, and 6 of the Second Amended Complaint. Accordingly, Counts 3, 4, 5, and 6 of the Second Amended Complaint are dismissed.

        It is further ordered that a telephone conference will take place on **June 8, 2015 at 12:00 p.m.** Once both sides are on the line, counsel should contact Chambers at 212-805-0224.

Dated: New York, New York
       June 5, 2015

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge