UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNA BOUVENG,

                Plaintiff,

    v.

NYG CAPITAL LLC d/b/a NEW YORK GLOBAL GROUP, FNL MEDIA LLC, and BENJAMIN WEY,

                Defendants.

Case No. 14-CV-5474 (PGG)

# NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S CLAIMS FOR DEFAMATION AND RETALIATION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Partial Summary Judgment as to Plaintiff's Defamation and Retaliation Claims, dated June 9, 2015, and the Seventh Declaration of Gary Meyerhoff, with exhibits, Defendants NYG Capital LLC d/b/a New York Global Group ("NYGG"), FNL Media LLC ("FNL Media") and Benjamin Wey (collectively "Defendants"), through their undersigned attorneys, will move this Court, before the Honorable Paul G. Gardephe, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for an order for partial summary judgment, and for other and further relief as this Court may deem just and proper.

Dated: June 9, 2015

                                            Respectfully submitted,

                                            s/ Glenn Colton

                                            Glenn Colton
                                            Gary Meyerhoff
                                            1221 Avenue of the Americas
                                            New York, New York 10020
                                            Tel.  (212) 768-6700

                                            *Attorneys for Defendants*