UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNA BOUVENG,

                Plaintiff,

– against –

NYG CAPITAL LLC d/b/a NEW YORK GLOBAL GROUP, NYG CAPITAL LLC d/b/a FNL MEDIA LLC, and BENJAMIN WEY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 21, 2015

**ORDER**

14 Civ. 5474 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the parties must submit briefing as to what legal standard applies to the recovery of compensatory and punitive damages on Plaintiff Hanna Bouveng's defamation claim by **Monday, June 22, 2015 at 5:00 p.m**.

Dated: New York, New York
         June 21, 2015

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge