UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNA BOUVENG,

                Plaintiff,

    - against -

NYG CAPITAL LLC, ET AL.,

                Defendants.

14 Civ. 5474 (PGG)

**VERDICT FORM**

## PLEASE CHECK (√) YOUR ANSWERS

**All jurors must agree on the answers to all questions.**

## AMOUNT OF PUNITIVE DAMAGES

### Defamation Claim

1. With respect to Ms. Bouveng's defamation claim:

   a. What amount of punitive damages will punish Mr. Wey for his wrongful conduct and deter similar conduct in the future?

   $ _10 MILLION_

   b. Do you find that a superior officer of NYG Capital LLC (a/k/a "New York Global Group"), acting in the course of his employment, authorized, participated in, consented to, or ratified the defamatory statement or statements at issue?

   Yes __✓__        No _____

If you answered "YES" to Question 1b, answer Question 1c. If you answered "NO" to Question 1b, proceed to Question 1d.

   c. What amount of punitive damages will punish NYG Capital LLC (a/k/a "New York Global Group") for its wrongful conduct and deter similar conduct in the future?

   $ _1 MILLION_

d.  Do you find that a superior officer of FNL Media LLC, acting in the course of his employment, authorized, participated in, consented to, or ratified the defamatory statement or statements at issue?

Yes __✓__   No _____

If you answered "YES" to Question 1d, answer Question 1e. If you answered "NO" to Question 1d, proceed to Question 2.

e.  What amount of punitive damages will punish FNL Media LLC for its wrongful conduct and deter similar conduct in the future?

$ __5 MILLION__

**New York City Human Rights Law Retaliation Claim**

2.  With respect to Ms. Bouveng's New York City Human Rights Law retaliation claim:

   a.  What amount of punitive damages will punish Mr. Wey for his wrongful conduct and deter similar conduct in the future?

   $ __1__

   i.  Of the number you found in response to Question 2a, how much of that number represents punishment for additional conduct that is not included in your response to Question 1a?

   $ __0__

   b.  What amount of punitive damages will punish NYG Capital LLC (a/k/a "New York Global Group") for its wrongful conduct and deter similar conduct in the future?

   $ __1__

   i.  Of the number you found in response to Question 2b, how much of that number represents punishment for additional conduct that is not included in your response to Question 1c?

   $ __0__

c. What amount of punitive damages will punish FNL Media LLC for its wrongful conduct and deter similar conduct in the future?

$ 1

i. Of the number you found in response to Question 2c, how much of that number represents punishment for additional conduct that is not included in your response to Question 1e?

$ 0

**After completing this form, the Foreperson should sign and date it, place it in an envelope, and inform the Marshal that the jury has reached a verdict.**

_____
Signature of Foreperson
June 29, 2015