

Glenn C. Colton
Partner

glenn.colton@dentons.com
D +1 212 398 5797

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089 USA

T +1 212 768 6700
F +1 212 768 6800

Salans FMC SNR Denton
McKenna Long
dentons.com

July 1, 2015

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square - Room 2204
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/15
```

Re   Bouveng v. NYG Capital, LLC., et al., 14 Civ. 5474 (PGG)

Dear Judge Gardephe:

We represent defendants in the above-referenced matter. Prior to trial, the Court severed plaintiff's breach of contract claim from the remainder of the causes of action. The breach of contract cause of action is still pending. The discovery deadline for that cause of action stands at July 5, 2015. In order to allow the parties to explore an amicable resolution of the breach of contract claim and in order to allow the parties to focus on the post-trial submissions due on July 29, 2015, August 28, 2015 and September 11, 2015, defendants respectfully request that the Court extend the discovery deadline from July 5, 2015 to September 15, 2015. Plaintiff consents to the relief sought herein.

Respectfully submitted,

Glenn C. Colton

Enclosures
cc: David Ratner, Esq (counsel for plaintiff) (by ECF and email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: July 2, 2015