```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNA BOUVENG,

        Plaintiff,

– against –

NYG CAPITAL LLC d/b/a NEW YORK GLOBAL GROUP, NYG CAPITAL LLC d/b/a FNL MEDIA LLC, and BENJAMIN WEY,

        Defendants.

**JUDGMENT**

~~13~~ 14 Civ. 5474 (PGG)

A jury trial before the Honorable Paul G. Gardephe, United States District Judge, having begun on June 15, 2015, and at the conclusion of the trial, on June 29, 2015, the jury having rendered a verdict, it is hereby ORDERED that judgment is entered as follows:

    in favor of Plaintiff Hanna Bouveng in the amount of $500,000 in compensatory damages on her quid pro quo sexual harassment claims under the New York State Human Rights Law and New York City Human Rights Law against Defendants Benjamin Wey ("Wey"), NYG Capital LLC d/b/a New York Global Group ("New York Global Group"), and FNL Media LLC ("FNL Media");

    in favor of Plaintiff Bouveng in the amount of $1,500,000 in compensatory damages on her defamation claim against Defendants Wey, New York Global Group, and FNL Media;

    in favor of Plaintiff Bouveng in the amount of $1 in compensatory damages on her retaliation claims under the New York State Human Rights Law and New York City Human Rights Law against Defendants Wey, New York Global Group, and FNL Media;

in favor of Plaintiff Bouveng in the amount of $10,000,000 in punitive damages on her defamation claim against Defendant Wey;

in favor of Plaintiff Bouveng in the amount of $1,000,000 in punitive damages on her defamation claim against Defendant New York Global Group;

in favor of Plaintiff Bouveng in the amount of $5,000,000 in punitive damages on her defamation claim against Defendant FNL Media;

in favor of Plaintiff Bouveng in the amount of $1 in punitive damages on her retaliation claim under the New York City Human Rights Law against Defendant Wey;

in favor of Plaintiff Bouveng in the amount of $1 in punitive damages on her retaliation claim under the New York City Human Rights Law against Defendant New York Global Group;

in favor of Plaintiff Bouveng in the amount of $1 in punitive damages on her retaliation claim under the New York City Human Rights Law against Defendant FNL Media; and

in favor of Defendant Wey on Plaintiff Bouveng's claims of assault and battery.

Dated: New York, New York
       July 8, 2015

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge