# UNITED STATES DISTRICT COURT

for the

Southern District of New York

HANNA BOUVENG )
)
v. )  Case No.: 14 Civ. 5474 (PGG)(DCF)
NYG CAPITAL LLC d/b/a NEW YORK GLOBAL )
GROUP, FNL MEDIA LLC and BENJAMIN WEY )

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____07/19/2015_____ against ___Defendants___ ,
                                                                                    Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ | 800.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,817.15 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 16,144.30 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,491.42 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . . | 800.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL  $ | 23,052.87 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service       [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:    Martha M. McBrayer

     Name of Attorney: Martha M. McBrayer

For: _____Hanna Bouveng_____    Date: ___07/28/2015___
                            *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____     _____
    *Clerk of Court*                             *Deputy Clerk*                 *Date*

| 1:43 PM C7/16/15 | Type | Date Num | Morelli Alters Ratner Customer QuickReport All Transactions | Source Name | Memo | Amount | |
|---|---|---|---|---|---|---|---|
| DER 1274-Bouveng | | | | | | | |
| | Bill | 03/18/2015 34278 | PM Investigations | | 34278 | $ | 231.15 |
| | Bill | 03/27/2015 182152 | Golkow Technologies, Inc | | 102152 | $ | 864.05 |
| | Bill | 03/27/2015 182155 | Golkow Technologies, Inc | | 182155 | $ | 1,755.00 |
| | Bill | 04/20/2015 031715-32923 | TSG Reporting | | 031715-329231 | $ | 1,015.00 |
| | Bill | 04/22/2015 040615-43509 | TSG Reporting | | 040615-435099 | $ | 402.65 |
| | Bill | 04/22/2015 040615-43510 | TSG Reporting | | 040615-435100 | $ | 265.00 |
| | Bill | 04/22/2015 040815-43510 | TSG Reporting | | 040815-435103 | $ | 567.75 |
| | Bill | 04/22/2015 040915-43510 | TSG Reporting | | 040915-435106 | $ | 315.15 |
| | Bill | 04/22/2015 040915-43510 | TSG Reporting | | 040915-435107 | $ | 115.00 |
| | Bill | 07/07/2015 MLR-20150114 | PM Investigations | | MLR-2015011462 | $ | 2,215.00 |
| | Check | 07/21/2014 1396 | SDNY | | Index number | $ | 400.00 |
| | Bill | 08/14/2014 MLR-20140127 | PM Investigations | | MLR-2014012738 | $ | 240.00 |
| | Credit | 08/16/2014 33021 | Southern District Reporters | | Closing Date: 08 20 2014 | $ | 37.20 |
| | Check | 10/07/2014 1786 | Clerk of the Court-SDNY | | Notice of transfer | $ | 400.00 |
| | Credit | 12/09/2014 33021 | Staples | | Closing Date: 12 19 2014 | $ | 110.42 |
| | Check | 02/18/2015 2436 | NYS Department of State | | Process Service | $ | 40.00 |
| | Credit | 03/08/2015 33021 | Staples | | Closing Date: 03 20.2015 | $ | 353.20 |
| | Bill | 03/16/2015 2015204501 | Verizon Legal Compliance | | 2015204501 | $ | 57.00 |
| | Bill | 03/17/2015 031615-328788 | TSG Reporting | | 031615-328788 | $ | 485.85 |
| | Bill | 03/31/2015 031315-434415 | TSG Reporting | | 031315-434415 | $ | 417.10 |
| | Bill | 03/31/2015 031315-434416 | TSG Reporting | | 031315-434416 | $ | 390.00 |
| | Bill | 03/31/2015 031715-328830 | TSG Reporting | | 031715-328030 | $ | 1,052.65 |
| | Bill | 03/31/2015 031915-328833 | TSG Reporting | | 031915-328033 | $ | 475.05 |
| | Bill Bill Credit | 03/31/2015 031915- | TSG Reporting | | 031915-328834 | $ | 115.00 |
| | Check | 05/26/2015 2990 | FINRA Office of General Cc | | Records | $ | 30.00 |
| | Credit | 06/24/2015 33021 | Southern District Reporters | | Invoice #'s 0445575, 0445573, 044 | $ | 3,575.61 |
| | Bill | 06/25/2015 1492 | Linaua ^Swedish iransiaior ^ | | | $ | 800.00 |
| | Credit | 07/01/2015 33021 | Southern District Reporters P C | | | $ | 4,296.24 |
| | Bill Credit | 06/15/2015   C-2015-1117 07/01/2015 33021 | Securities & Exchange Commission Southern District Reporters P C. | | | $ | 4.00 |
| | | | ^qultrac transactions ^ | | | $ | 2,027.80 |
| | | | | | | $ | 23,052.87 |

**PM Investigations**
**162-01 Powells Cove Blvd**
**Beechhurst, NY 11357**
**Phone: (718) 672-1117**
**Fax: (718) 672-1139**
**45-5539751**

# BATCH INVOICE

Invoice #MLR-2014012738
8/14/2014

Original Date: 8/4/2014



Morelli, Alters, Ratner LLP
950 3rd Avenue
11th Floor
New York, NY 10022

Reference Number:
Your Contact: Shermin Shakiri

Case Number: Southern District of NY 14 CV 5474
Hanna Bouveng
    vs.
NYG Capital LLC d/b/a New York Global Group, NYG Capital LLC d/b/a FNL Media LLC, and Benjamin Wey

Invoice covers Papers Served through 8/14/2014.

## ITEMIZED LISTING

| Job | Date Served | Servee | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| 2014012738 | 7/23/2014 | NYG Capital LLC d/b/a New York Global Group | | | | $60.00 |
| | Service Fee (Local) | | 1.00 | 60.00 | 60.00 | |
| 2014012740 | 7/23/2014 | NYG Capital LLC d/b/a FNL Media LLC | | | | $60.00 |
| | Service Fee (Local) | | 1.00 | 60.00 | 60.00 | |
| 2014012741 | 7/23/2014 | Benjamin Wey c/o | | | | $60.00 |
| | Service Fee (Local) | | 1.00 | 60.00 | 60.00 | |
| 2014012742 | 7/29/2014 | Benjamin Wey | | | | $60.00 |
| | Service Fee (Local) | | 1.00 | 60.00 | 60.00 | |

|  | TOTAL CHARGED | $240.00 |
|---|---|---|
|  | TOTAL AMOUNT DUE | $240.00 |



Please enclose a copy of this invoice with your payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

PM Investigations
162-01 Powells Cove Blvd
Beechhurst, NY 11357
Phone: (718) 672-1117
Fax: (718) 672-1139
45-5539751

# BATCH INVOICE



Morelli, Alters, Ratner LLP
777 Third Avenue
31st Floor
New York, NY 10017

Your Contact: Katherine Buskariol

Case Number: Southern District of NY 14 CV 5474
Hanna Bouveng
   vs
NYG Capital LLC d/b/a New York Global Group, NYG Capital LLC d/b/a FNL Media LLC, and Benjamin Wey

## ITEMIZED LISTING

| Job | Date Served | Servee | Quantity | Price | Amount | Amount Due |
|-----|-------------|--------|----------|-------|--------|------------|
| 2015001882 | 1/21/2015 | LCOR, Inc. | | | | $100.00 |
| | | Service Fee (Local) | 1.00 | 60.00 | 60.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015002041 | 1/22/2015 | LCOR, Inc. c/o Corporation Service Company | | | | $120.00 |
| | | Service in Upstate New York | 1.00 | 80.00 | 80.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015002125 | 1/23/2015 | Verizon Communications, Inc. c/o CT Corporation System | | | | $100.00 |
| | | Service Fee (Local) | 1.00 | 60.00 | 60.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015002126 | 1/23/2015 | Verizon New York, Inc. c/o CT Corporation System | | | | $100.00 |
| | | Service Fee (Local) | 1.00 | 60.00 | 60.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015003743 | 2/13/2015 | William Scholander | | | | $60.00 |
| | | LOCAL BAD ADDRESS | 1.00 | 60.00 | 60.00 | |
| 2015003744 | 2/19/2015 | Matthew Abisch | | | | $100.00 |
| | | Service Fee (Local) | 1.00 | 60.00 | 60.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015004407 | 2/18/2015 | William Scholander | | | | $100.00 |

| Job | Date Served | Servee | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| | | Service Fee (Local) | 1.00 | 60.00 | 60.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015005141 | 2/24/2015 | Verizon New York, Inc. | | | | $130.00 |
| | | Service out of New York State | 1.00 | 90.00 | 90.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015005366 | 2/26/2015 | T-Mobile USA, Inc. Corporation Service Company | | | | $120.00 |
| | | Service in Upstate New York | 1.00 | 80.00 | 80.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015005779 | 3/5/2015 | Asse Worldwide | | | | $130.00 |
| | | Service out of New York State | 1.00 | 90.00 | 90.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015006297 | 3/10/2015 | Matthew Abisch | | | | $100.00 |
| | | Service Fee (Local) | 1.00 | 60.00 | 60.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015006955 | 3/24/2015 | James Chauvet | | | | $0.00 |
| | | VOID PER ATTORNEY | 1.00 | 0.00 | 0.00 | |
| 2015011462 | 5/11/2015 | Alicia Lu | | | | $100.00 |
| | | Service Fee (Local) | 1.00 | 60.00 | 60.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015011463 | 5/14/2015 | Benjamin Wey | | | | $100.00 |
| | | Service Fee (Local) | 1.00 | 60.00 | 60.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015011464 | 5/13/2015 | James Baxter | | | | $100.00 |
| | | Service Fee (Local) | 1.00 | 60.00 | 60.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015011465 | 5/7/2015 | James Chauvet | | | | $100.00 |
| | | Service Fee (Local) | 1.00 | 60.00 | 60.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015011466 | 5/14/2015 | Matthew Abisch | | | | $100.00 |
| | | Service Fee (Local) | 1.00 | 60.00 | 60.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015011467 | 5/14/2015 | Michael Wey | | | | $75.00 |
| | | Service Fee (Local) | 1.00 | 60.00 | 60.00 | |
| | | Fee for Subpoena Service | 1.00 | 15.00 | 15.00 | |
| 2015011469 | 5/14/2015 | Nina Chelidze | | | | $100.00 |
| | | Service Fee (Local) | 1.00 | 60.00 | 60.00 | |
| | | Fee for Subpoena Service | 1.00 | 40.00 | 40.00 | |
| 2015011470 | 5/8/2015 | Peter Byrnes | | | | $60.00 |
| | | LOCAL BAD ADDRESS | 1.00 | 60.00 | 60.00 | |

# BATCH INVOICE

7/7/2015

| Job | Date Served | Servee | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| 2015011471 | 5/14/2015 | Talman Harris | | | | $60.00 |
| | LOCAL BAD ADDRESS | | 1.00 | 60.00 | 60.00 | |
| 2015011472 | 5/14/2015 | William Scholander | | | | $60.00 |
| | LOCAL BAD ADDRESS | | 1.00 | 60.00 | 60.00 | |
| 2015013299 | 5/19/2015 | Peter Byrnes c/o Lugh Studio | | | | $200.00 |
| | Service Fee (Local) | | 1.00 | 60.00 | 60.00 | |
| | Fee for Subpoena Service | | 1.00 | 40.00 | 40.00 | |
| | Database Search Fee | | 1.00 | 100.00 | 100.00 | |
| | | TOTAL CHARGED: | | | $2,215.00 | |
| | | **TOTAL AMOUNT DUE** | | | | **$2,215.00** |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t

## *PM Investigations*

162-01 Powells Cove Blvd.
Beechhurst, N.Y. 11357
--------
718-672-1117 (Phone)
718-672-1139 (Fax)

# INVOICE
# 34278

| TAX ID NUMBER | 45-5539751 |
|---|---|
| DATE | 3/18/2015 |
| TERMS | |

| BILL TO: | 808 |
|---|---|

Morelli Ratner, PC
Attn: Zoe Bartholomay
777 Third Avenue
31st Floor
New York, NY 10017

| CASE CONTACT | Bartholomay, Zoe |
|---|---|
| CLAIMANT | Bouveng, Hanna |

PHONE: (212) 751-9800

| DIVISION | INVESTIGATOR | INVOICED BY | DATE OF SERVICE | | | INVESTIGATION NO. |
|---|---|---|---|---|---|---|
| DEF | | bunny | | | | 30980-808 |

| LINE | INVESTIGATION | BILL TYPE | DESCRIPTION - COMMENT | QTY | RATE | TOTAL |
|---|---|---|---|---|---|---|
| 1 | GenInv | HOURLY | General Investigation | 1.50 | 65.00 | 97.50 |
| 2 | Database | FLAT RATE | Database Searches | 1.00 | 110.00 | 110.00 |
| 3 | Clerical | FLAT RATE | Clerical Fee | 1.00 | 15.00 | 15.00 |

Thank you for your business.

| SUB TOTAL | 222.50 |
|---|---|
| Sales Tax | 8.65 |
| LATE FEE | 0.00 |
| TOTAL | 231.15 |
| PAYMENT / CRDT | 0.00 |
| TOTAL DUE | 231.15 |

# INVOICE

Golkow, Inc.
1650 Market Street
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377    Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 182152 | 3/27/2015 | 103836 |

| Job Date | Case No. | |
|---|---|---|
| 3/12/2015 | | |

| Case Name | |
|---|---|
| Bouveng v. NYG Capital LLC | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

David S. Ratner, Esquire
Morelli Alters Ratner, P.C.
777 Third Avenue
31st Floor
New York, NY 10017

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Michaela Wey | 143.00 | @ | 3.85 | 550.55 |
| Appearance Fee | | | 95.00 | 95.00 |
| Realtime | | | 196.50 | 196.50 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |
| | | | TOTAL DUE  >>> | $864.05 |

(V)
Location:  New York, NY

Thank you. Your business is appreciated.
For billing questions, please email billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

David S. Ratner, Esquire
Morelli Alters Ratner, P.C.
777 Third Avenue
31st Floor
New York, NY 10017

Job No.      : 103836          BU ID        : R-Main
Case No.     :
Case Name  : Bouveng v. NYG Capital LLC

Invoice No.  : 182152          Invoice Date   : 3/27/2015
**Total Due**   : **$864.05**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **Golkow, Inc.**
            **1650 Market Street**
            **Suite 5150**
            **Philadelphia, PA 19103**

# INVOICE

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 182155 | 3/27/2015 | 103835 |
| Job Date | Case No. | |
| 3/12/2015 | | |
| Case Name | | |
| Bouveng v. NYG Capital LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

David S. Ratner, Esquire
Morelli Alters Ratner, P.C.
777 Third Avenue
31st Floor
New York, NY 10017

Michaela Wey

| | | | | | |
|---|---|---|---|---|---|
| Video Services - First Two Hours | | | | 295.00 | 295.00 |
| Additional hours of videotaping | | | | 95.00 | 95.00 |
| Master Tapes - Mini-DV | 2.00 | Tapes | @ | 25.00 | 50.00 |
| Capture of Master Tape to MPEG1 format. | 3.00 | Hours | @ | 35.00 | 105.00 |
| DVD:  Capture to MPEG2 (PIP) | 3.00 | Hours | @ | 35.00 | 105.00 |
| DVD Sync of PIP with transcript text | 3.00 | Hours | @ | 35.00 | 105.00 |
| Equipment Rental: Elmo | | | | 250.00 | 250.00 |
| Equipment Rental: Projector and Screen | | | | 250.00 | 250.00 |
| Picture in Picture Package | | | | 500.00 | 500.00 |
| | | | **TOTAL DUE  >>>** | | **$1,755.00** |

Location:  New York, NY

Thank you. Your business is appreciated.
For billing questions, please email billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

David S. Ratner, Esquire
Morelli Alters Ratner, P.C.
777 Third Avenue
31st Floor
New York, NY 10017

| | | | | |
|---|---|---|---|---|
| Job No. | : 103835 | BU ID | : V-Main | |
| Case No. | : | | | |
| Case Name | : Bouveng v. NYG Capital LLC | | | |
| Invoice No. | : 182155 | Invoice Date | : 3/27/2015 | |
| **Total Due** | **: $1,755.00** | | | |

**PAYMENT WITH CREDIT CARD**      

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Golkow, Inc.**
            **One Liberty Place**
            **1650 Market Street**
            **Suite 5150**
            **Philadelphia, PA  19103**

**DER 1274**



## TSG
### REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/20/2015
**INVOICE #** 031715-329231

**Bill To:**    Zoe Bartholomay
Morelli Alters Ratner Law Firm
777 Third Avenue
New York, NY 10017

**CASE:**        Hanna Bouveng v. NYG Capital LLC
**WITNESS:**     Multiple
**DATE:**        Multiple
**LOCATION:**    Multiple

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| **Videosynch / Tape** | | | |
| **Certified - MPEG - Complimentary** | | | |
| 03/17/15 - Hana Bouveng | 6 | $125.00 | $750.00 |
| 03/19/15 - Quing Liu | 2 | $125.00 | $250.00 |
| | | SUBTOTAL | $1,000.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $1,015.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/22/2015
**INVOICE #** 040615-435099

**Bill To:**
Martha M. McBrayer Esq.
Morelli Alters Ratner Law Firm
777 Third Avenue
New York, NY 10017

**CASE:** Hanna Bouveng v. NYG Capital LLC
**WITNESS:** Madeleine Eriksson
**DATE:** 4/6/2015
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 109 | $3.35 | $365.15 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 15 | $1.50 | $22.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $387.65 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $402.65 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/22/2015
**INVOICE #** 040615-435100

**Bill To:**     Martha M. McBrayer Esq.
Morelli Alters Ratner Law Firm
777 Third Avenue
New York, NY 10017

**CASE:**         Hanna Bouveng v. NYG Capital LLC
**WITNESS:**      Madeleine Eriksson
**DATE:**         4/6/2015
**LOCATION:**     New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 2 | $125.00 | $250.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $250.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $265.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/22/2015
**INVOICE #** 040815-435103

**Bill To:**      Martha M. McBrayer Esq.
Morelli Alters Ratner Law Firm
777 Third Avenue
New York, NY 10017

**CASE:**        Hanna Bouveng v. NYG Capital LLC
**WITNESS:**     Chemme Koluman
**DATE:**        4/8/2015
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 150 | $3.35 | $502.50 |
| Certified Transcript - Evening Pages | 5 | $1.25 | $6.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 44 | $0.25 | $11.00 |
| Exhibits - Scanned & Hyperlinked - Color | 22 | $1.50 | $33.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $552.75 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $567.75 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/22/2015
**INVOICE #** 040915-435106

**Bill To:**     Martha M. McBrayer Esq.
Morelli Alters Ratner Law Firm
777 Third Avenue
New York, NY 10017

**CASE:**       Hanna Bouveng v. NYG Capital LLC
**WITNESS:**   James Chauvet
**DATE:**       4/9/2015
**LOCATION:**  New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 89 | $3.35 | $298.15 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 5 | $0.40 | $2.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $300.15 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $315.15 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/22/2015
**INVOICE #** 040915-435107

**Bill To:**   Martha M. McBrayer Esq.
Morelli Alters Ratner Law Firm
777 Third Avenue
New York, NY 10017

**CASE:** Hanna Bouveng v. NYG Capital LLC
**WITNESS:** James Chauvet
**DATE:** 4/9/2015
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified - MPEG | 2 | $50.00 | $100.00 |
| | | SUBTOTAL | $100.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | **TOTAL** | $115.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/27/2015
**INVOICE #** 031615-328788

**Bill To:**   Martha M. McBrayer Esq.
Morelli Alters Ratner Law Firm
777 Third Avenue
New York, NY 10017

**CASE:**      Hanna Bouveng v. NYG Capital LLC
**WITNESS:**   Yonatan M. Weiss
**DATE:**      3/16/2015
**LOCATION:**  New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 139 | $3.35 | $465.65 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 12 | $0.40 | $4.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $470.45 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $485.45 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/31/2015
**INVOICE #** 031315-434415

**Bill To:**
Martha M. McBrayer Esq.
Morelli Alters Ratner Law Firm
777 Third Avenue
New York, NY 10017

**CASE:** Hanna Bouveng v. NYG Capital LLC
**WITNESS:** Nils Sundqvist
**DATE:** 3/13/2015
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 111 | $3.35 | $371.85 |
| Certified Transcript - Evening Pages | 9 | $1.25 | $11.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 22 | $0.25 | $5.50 |
| Exhibits - Scanned & Hyperlinked - Color | 9 | $1.50 | $13.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $402.10 |
| | | SHIPPING & HANDLING | $15.00 |
| | | **TOTAL** | $417.10 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/31/2015
**INVOICE #** 031315-434416

**Bill To:**    Martha M. McBrayer Esq.
Morelll Alters Ratner Law Firm
777 Third Avenue
New York, NY 10017

**CASE:**        Hanna Bouveng v. NYG Capital LLC
**WITNESS:**     Nils Sundqvist
**DATE:**        3/13/2015
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 3 | $125.00 | $375.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $375.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | **TOTAL** | $390.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/31/2015
**INVOICE #** 031715-328830

**Bill To:** Martha M. McBrayer Esq.
Morelli Alters Ratner Law Firm
777 Third Avenue
New York, NY 10017

**CASE:** Hanna Bouveng v. NYG Capital LLC
**WITNESS:** Hanna Bouveng
**DATE:** 3/17/2015
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 297 | $3.35 | $994.95 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 43 | $0.40 | $17.20 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 17 | $1.50 | $25.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,037.65 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $1,052.65 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG** REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/31/2015
**INVOICE #** 031915-328833

**Bill To:**
Martha M. McBrayer Esq.
Morelli Alters Ratner Law Firm
777 Third Avenue
New York, NY 10017

**CASE:** Hanna Bouveng v. NYG Capital LLC
**WITNESS:** Qing Lu
**DATE:** 3/19/2015
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 123 | $3.35 | $412.05 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 120 | $0.40 | $48.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $460.05 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $475.05 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

## SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0388935-IN |
| INVOICE DATE | 08/18/2014 |
| CUSTOMER NO. | 1007184 |
| WORK ORDER NO. | 148017 |
| SALESPERSON | Siwik, Christine |

Morelli Alters Ratner LLP
777 Third Ave
31st Floor
New York, NY 10017

Attention: Martha McBrayer

| Job Date | HANNA BOUVENG V NYG CAPITAL, ET AL. CASE NO. 14CV05474 | | | | | |
|---|---|---|---|---|---|---|
| 8/1/2014 | Diskette | 31 | PGES | At | 1.200 | 37.20 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 37.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 37.20 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0445566-IN |
| INVOICE DATE | 06/23/2015 |

Morelli Alters Ratner LLP
777 Third Ave
31st Floor
New York, NY 10017

Attention: David Ratner

| | |
|---|---|
| CUSTOMER NO. | 1007184 |
| WORK ORDER NO. | 157470 |
| SALESPERSON | Siwik, Christine |

---

| Job Date | HANNA BOUVENG V NYG CAPITAL, ET AL. CASE NO. 14CV05474 | | | | | |
|---|---|---|---|---|---|---|
| 6/19/2015 | Original | 168 | PGES | At | 4.590 | 771.12 |



CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 771.12 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 771.12 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Morelli Alters Ratner LLP
777 Third Ave
31st Floor
New York, NY 10017

Attention: David Ratner

| | |
|---|---|
| INVOICE NO. | 0445569-IN |
| INVOICE DATE | 06/23/2015 |
| CUSTOMER NO. | 1007184 |
| WORK ORDER NO. | 157469 |
| SALESPERSON | Siwik, Christine |

| Job Date | HANNA BOUVENG V NYG CAPITAL, ET ÁL. CASE NO. 14CV05474 | | | | | |
|---|---|---|---|---|---|---|
| 6/18/2015 | Original | 145 | PGES | At | 4.590 | 665.55 |

PAID
CK. NO.
DATE

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 665.55 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 665.55 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0445571-IN |
| INVOICE DATE | 06/23/2015 |

Morelli Alters Ratner LLP
777 Third Ave
31st Floor
New York, NY 10017

Attention: David Ratner

| | |
|---|---|
| CUSTOMER NO. | 1007184 |
| WORK ORDER NO. | 157468 |
| SALESPERSON | Siwik, Christine |

---

Job Date:    HANNA BOUVENG V NYG CAPITAL, ET AL.
CASE NO. 14CV05474

| 6/17/2015 | Original | 165 | PGES | At | 4.590 | 757.35 |



CK. NO._____
DATE_____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 757.35 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 757.35 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0445573-IN |
| INVOICE DATE | 06/23/2015 |

Morelli Alters Ratner LLP
777 Third Ave
31st Floor
New York, NY 10017

| | |
|---|---|
| CUSTOMER NO. | 1007184 |
| WORK ORDER NO. | 157467 |
| SALESPERSON | Siwik, Christine |

Attention: David Ratner

---

| Job Date | HANNA BOUVENG V NYG CAPITAL, ET AL. CASE NO. 14CV05474 | | | | | |
|---|---|---|---|---|---|---|
| 6/16/2015 | Original | 180 | PGES | At | 4.590 | 826.20 |

**PAID**

CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 826.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 826.20 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0445575-IN |
| INVOICE DATE | 06/23/2015 |
| CUSTOMER NO. | 1007184 |
| WORK ORDER NO. | 157466 |
| SALESPERSON | Siwik, Christine |

Morelli Alters Ratner LLP
777 Third Ave
31st Floor
New York, NY 10017

Attention: David Ratner

| Job Date | HANNA BOUVENG V NYG CAPITAL, ET AL. CASE NO. 14CV05474 | | | | | |
|---|---|---|---|---|---|---|
| 6/15/2015 | Original | 121 | PGES | At | 4.590 | 555.39 |



CK. NO.
DATE

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 555.39 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 555.39 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Morelli Alters Ratner LLP
777 Third Ave
31st Floor
New York, NY 10017

Attention: David Ratner

| | |
|---|---|
| INVOICE NO. | 0446627-IN |
| INVOICE DATE | 06/30/2015 |
| CUSTOMER NO. | 1007184 |
| WORK ORDER NO. | 157678 |
| SALESPERSON | Siwik, Christine |

| Job Date | HANNA BOUVENG V NYG CAPITAL, ET AL.<br>CASE NO. 14CV05474 | | | | | |
|---|---|---|---|---|---|---|
| 6/22/2015 | Original | 167 | PGES | At | 4.590 | 766.53 |



CK. NO.
DATE

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 766.53 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 766.53 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0446629-IN |
| INVOICE DATE | 06/30/2015 |
| CUSTOMER NO. | 1007184 |
| WORK ORDER NO. | 157679 |
| SALESPERSON | Siwik, Christine |

Morelli Alters Ratner LLP
777 Third Ave
31st Floor
New York, NY 10017

Attention: David Ratner

---

| Job Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| | HANNA BOUVENG V NYG CAPITAL, ET AL. | | | | | | |
| | CASE NO. 14CV05474 | | | | | | |
| 6/23/2015 | Original | 156 | PGES | At | 4.590 | | 716.04 |



CK. NO._____
DATE_____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 716.04 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 716.04 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0446631-IN |
| INVOICE DATE | 06/30/2015 |
| | |
| CUSTOMER NO. | 1007184 |

Morelli Alters Ratner LLP
777 Third Ave
31st Floor
New York, NY  10017

WORK ORDER NO.   157680

SALESPERSON   Siwik, Christine

Attention: David Ratner

---

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| | HANNA BOUVENG V NYG CAPITAL, ET AL. | | | | | |
| | CASE NO.  14CV05474 | | | | | |
| 6/24/2015 | Original | 172 | PGES | At | 4.590 | 789.48 |



CK. NO.
DATE

| | |
|---|---|
| Net Invoice: | 789.48 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 789.48 |

**PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE**

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Morelli Alters Ratner LLP
777 Third Ave
31st Floor
New York, NY 10017

Attention: David Ratner

| | |
|---|---|
| INVOICE NO. | 0446633-IN |
| INVOICE DATE | 06/30/2015 |
| CUSTOMER NO. | 1007184 |
| WORK ORDER NO. | 157681 |
| SALESPERSON | Siwik, Christine |

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| | HANNA BOUVENG V NYG CAPITAL, ET AL. | | | | | |
| | CASE NO. 14CV05474 | | | | | |
| 6/25/2015 | Original | 250 | PGES | At | 4.590 | 1,147.50 |



CK. NO.
DATE

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 1,147.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,147.50 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0446635-IN |
| INVOICE DATE | 06/30/2015 |
| CUSTOMER NO. | 1007184 |
| WORK ORDER NO. | 157682 |
| SALESPERSON | Siwik, Christine |

Morelli Alters Ratner LLP
777 Third Ave
31st Floor
New York, NY 10017

Attention: David Ratner

---

| Job Date | HANNA BOUVENG V NYG CAPITAL, ET AL. | | | | | |
|---|---|---|---|---|---|---|
| | CASE NO. 14CV05474 | | | | | |
| 6/26/2015 | Original | 126 | PGES | At | 4.590 | 578.34 |



CK. NO.
DATE

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 578.34 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 578.34 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0446637-IN |
| INVOICE DATE | 06/30/2015 |
| CUSTOMER NO. | 1007184 |
| WORK ORDER NO. | 157701 |
| SALESPERSON | Siwik, Christine |

Morelli Alters Ratner LLP
777 Third Ave
31st Floor
New York, NY 10017

Attention: David Ratner

---

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| | HANNA BOUVENG V NYG CAPITAL, ET AL. CASE NO. 14CV05474 | | | | | |
| 6/29/2015 | Original | 65 | PGES | At | 4.590 | 298.35 |



CK. NO.
DATE

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 298.35 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 298.35 |

## Detail Continued

| | | Amount |
|---|---|---|
| 12/09/14 | AA AIR TICKET SALE 4DALLAS     TX<br>AMERICAN AIRLINES | $528.09 |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| NEW YORK LA GUARDI | N/A | MQ | P |
| | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

Ticket Number: 0012345151772<br>Passenger Name: RATNER/DAVID<br>Document Type: PASSENGER TICKET     Date of Departure: 12/10

| Date | Description | Amount |
|---|---|---|
| 12/09/14 | NYC TAXI 1K28 090000LONG ISLAND C    NY<br>000-0000000 | $12.50 |
| 12/09/14 | STAPLES 00184     (800)333-3330<br>00184000340047 10017<br>1IN BLK BTR BINDER W VIEW WIN<br>STPLS STAN VIEW BNDR 3IN BLK<br>STPLS HD VIEW BINDER 3IN BLK | $110.42 |
| 12/11/14 | CAREY     WASHINGTON     DC<br>888-649-3949<br>Description<br>DEC 9 2014<br>ST LOUIS<br>RATNER<br>DAVID | $137.71 |
| 12/12/14 | SEAMLESS * TREEHAUS 800-905-9322<br>979304297-50847 10016<br>ONLINE FOOD ORDER | $18.60 |
| 12/12/14 | CURB     ALEXANDRIA     VA<br>703-579-6948<br>Description<br>CHARTER SERVICE | $41.84 |
| 12/12/14 | FOUR SEASONS HOTEL SST. LOUIS     MO<br>Arrival Date     Departure Date<br>12/10/14     12/12/14<br>00000000<br>LODGING | $861.10 |
| 12/13/14 | UBER UBER     866-576-1039     CA<br>8665761039 | $60.00 |
| 12/13/14 | S & R MEDALIION CORPNEW YORK     NY<br>212-957-9200<br>Description<br>TAXI: 7L90<br>11:18 1519 Lexingt<br>11:30 121 E 50th S | $14.25 |
| 12/13/14 | TREEHAUS 00-08027814NEW YORK     NY<br>FAST FOOD RESTAURANT | $12.24 |
| 12/14/14 | NYC TAXI 4E14 090015WOODSIDE     NY<br>000-0000000 | $13.75 |
| 12/14/14 | UBER UBER     866-576-1039     CA<br>8665761039 | $47.00 |
| 12/14/14 | DERSEH CAB SERVICE 0STLOUIS     MO<br>3147020900 | $45.62 |

Continued on next page

## Detail Continued

| | | Amount |
|---|---|---|
| 07/26/14 | AMTRAK TICKET SALES WASHINGTON DC<br>From: BAL<br>To: NYP<br>Ticket Number: 2072485049164<br>1 (800) 872-7245 | $15.95 |
| 07/26/14 | AMTRAK NRTHEAST CAFEWASHINGTON DC<br>800-872-7245<br>Description<br>FAST FOOD RESTAURAN | $12.00 |
| 07/28/14 | HYATT HOTELS BALTIMOBALTIMORE MD<br>Arrival Date            Departure Date<br>07/25/14                07/27/14<br>00000000<br>LODGING | $669.45 |
| 07/29/14 | LAGUARDIA LOT6 001 NEW YORK NY<br>718-533-3845 | $39.00 |
| 08/01/14 | INDEED       203-564-2400    CT<br>INTERNET ADS | $151.02 |
| 08/05/14 | Abdelraouf Yousef  Chicago    IL<br>8774174551 | $486.00 |
| 08/07/14 | UBER UBER       866-576-1039    CA<br>8665761039 | $34.00 |
| 08/07/14 | UBER UBER       866-576-1039    CA<br>8665761039 | $42.00 |
| 08/07/14 | HEBLMIO       San Leandro    CA<br>8774174551 | $298.00 |
| 08/07/14 | VTS NYC LPEP VTS NYCLONG ISLAND CITY  NY<br>718-752-1656<br>Description<br>TAXI: AA383<br>12:33 Adams St Bro<br>12:50 710 3rd Ave | $24.88 |
| 08/07/14 | AVRA RESTAURANT 8819NEW YORK NY<br>RESTAURANT<br>TIP                    $50.00 | $356.99 |
| 08/08/14 | UBER UBER       866-576-1039    CA<br>8665761039 | $32.00 |
| 08/12/14 | UBER UBER       866-576-1039    CA<br>8665761039 | $30.00 |
| 08/13/14 | SEAMLESS * TREEHAUS 800-905-9322<br>566401286-47191 10016<br>ONLINE FOOD ORDER | $42.92 |
| 08/13/14 | GODADDY.COM       (480)505-8855<br>(480)505-8855 | $235.04 |
| 08/14/14 | UBER UBER       866-576-1039    CA<br>8665761039 | $30.00 |
| 08/15/14 | UBER UBER       866-576-1039    CA<br>8665761039 | $31.00 |
| 08/18/14 | SOUTHERN DISTRICT RENEW YORK    NY<br>BUSINESS SERVICE | $37.20 |

Continued on next page





VERIZON LEGAL COMPLIANCE
2701 S. JOHNSON ST.
SAN ANGELO, TX, 76904

| Date | Invoice # |
|------|-----------|
| 03/16/2015 | 2015204501 |

## Case Invoice

Phone: 888-483-2600
Fax: 325-949-6916

Account #        NJ130113
Payment Due Date:    04/15/2015

MORELLI ALTERS RATNER LLP
777 THIRD AVENUE
31ST FLOOR
NEW YORK, NY, 10017

| VZ Case# | File/Docket # | Description | Date Rec | Request Atty/Agent | Rate | Amount |
|----------|---------------|-------------|----------|--------------------|------|--------|
| 150044136 15126559 0 | 14 Civ 5474 | # Hours: 1 / $75.00 Shipping: $22.00 | 03/16/2015 | DAVID RATNER | | $97.00 |

| | |
|---|---|
| Total | $97.00 |
| Payments/Credits | $40.00 |
| Balance Due | $57.00 |

Please return a copy of this summary with your payment. Please reference invoice number on your remittance check.

| Account # | Total Amount Due | Payment Due Date | Amount Enclosed |
|-----------|------------------|------------------|-----------------|
| NJ130113 | 57.00 | 04/15/2015 | |

MORELLI ALTERS RATNER LLP
777 THIRD AVENUE
31ST FLOOR
NEW YORK, NY, 10017
Attn: DAVID RATNER

**Make check payable to:**
VERIZON LEGAL COMPLIANCE
2701 S. JOHNSON ST.
SAN ANGELO, TX, 76904

# BILLING STATEMENT

TO: Ms. Zoe G. Bartholomay
    777 Third Avenue
    31st Floor
    New York, New York 10017

REQ. #:  C-2015-1117

DATE:    06/15/2015

ATTN.:  Ms. Zoe G. Bartholomay

FOR:  CERTIFICATION CHARGES
         NUMBER OF DOCUMENTS        1
         ($4.00 per document)

    TOTAL CHARGES         $ 4.00

If payment is not received within 30 days from the bill date on the billing statement, processing of new and existing requests will be suspended. Pursuant to 31 USC 3717, charges will be assessed on payments received after the due date, including interest accruing from the date the debt is owed.

Name of Company and Filing:  William Scholander & Talman Harris, Admin. Proc.

SEC 91 (1-13)

-------------------------------------------------------------------------------------------------------
Cut along this line

## Online Payments
Payments can now be submitted directly from a bank account or by credit/debit card using Pay.gov. The Pay.gov website allows remitters to make secure payments electronically to the SEC. It is an easy and convenient system that is available 7 days a week, 24 hours a day. The following link directs you to the Pay.gov website: https://pay.gov/paygov/. Please refer to the following link for detailed instructions to debtors on how to remit payments online using the Pay.gov website: http://www.sec.gov/about/offices/ofm/pay.gov-instructions.pdf

## Payments by Mail
If paying by mail, checks or money orders should be made payable to the SEC and a copy of the invoice should be mailed to our new payment address noted below. Please refer to the following link for detailed instructions on how to remit payments: http://www.sec.gov/about/offices/ofm.htm.

Payable to:    Securities and Exchange Commission

Mail to:      Enterprise Service Center
            HQ Bldg, Room 181, AMZ-341
            6500 South MacArthur Boulevard
            Oklahoma City, OK 73169