**DENTONS**

Glenn C. Colton
Partner

glenn.colton@dentons.com
D  +1 212 398 5797

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089 USA

T  +1 212 768 6700
F  +1 212 768 6800

Salans FMC SNR Denton
McKenna Long
dentons.com

September 11, 2015

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square - Room 2204
New York, NY 10007

Re:   <u>Bouveng v. NYG Capital, LLC., et al, 14 Civ. 5474 (PGG)</u>

Dear Judge Gardephe:

     We represent Defendants in the above referenced matter and write on behalf of both parties. Prior to the June 2015 trial, the Court severed Plaintiff's breach of contract claim from the remainder of the causes of action. The breach of contract cause of action is still pending. The discovery deadline for that cause of action stands at September 15, 2015. In order to allow the parties to explore an amicable resolution of the breach of contract claim and in light of the fact that the parties have been working on numerous, lengthy post-trial submissions, the parties respectfully request that the Court extend the discovery deadline from September 15, 2015 to November 15, 2015.

     This is the parties' second request for an extension of the discovery deadline.

Respectfully submitted,

Glenn C. Colton

cc:   David Ratner, Esq. (counsel for plaintiff) (by ECF and email)