

April 5, 2016

The Honorable Judge Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

        Re: Bouveng v. NYG Capital, LLC, et al., 14-cv-5474 (PGG)
        Docket No.: 14-CV-5474

Dear Judge Gardephe:

    Please be advised that David S. Ratner, Esq. and Martha McBrayer, Esq. are no longer associated with MORELLI LAW FIRM, PLLC and should be removed as Plaintiff's Counsel.

    On 4/4/16 Notice of Appearance were filed for Benedict P. Morelli, Esq. and Perry Fallick, Esq. as new Counsel for Plaintiff.

    Thank you very much for your consideration.

                          Respectfully submitted,

                          Perry Fallick, Esq.

cc:    All Counsel of Record via Efiling

**Morelli Law Firm PLLC**

777 Third Avenue, 31st Floor
New York, New York 10017
Tel: (212) 751-9800    Fax: (212) 751-0046    Toll Free: (877) 751-9800

www.morellilaw.com