January 15, 2018

**Via ECF**

Hon. Paul G. Gardipe
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re:   Bouveng v. NYG Capital, LLC, et al., 14 Civ. 5474 (PGG)
      Joint Motion to Extension of Deadlines

Dear Judge Gardephe:

Pursuant to your Order dated December 28, 2017, counsel to the parties hereby jointly update the Court regarding the settlement conference that was held on January 10, 2018 before Magistrate Judge James L. Cott.

The settlement conference was productive and, pursuant to Judge Cott's January 10, 2018 Order (Doc. 394), the parties are continuing settlement discussions and will update Judge Cott on January 18, 2018 as to progress made in that regard.  The parties will likewise update Your Honor promptly after getting further direction from Judge Cott.

Respectfully submitted,

**CATAFAGO FINI LLP**

_____/s/_____Tom M. Fini_____
Tom M. Fini, Esq.
The Empire State Building
350 Fifth Avenue, Suite 7710
New York, NY 10118
212-239-9669
tom@catafagofini.com
*Counsel for NYG Capital LLC and*
*Benjamin Wey*

**MORELLI LAW FIRM, PLLC**

_____/s/_____Benedict P. Morelli_____

Benedict P. Morelli
777 Third Avenue, 31st Floor
New York, NY 10017
212-751-9800
bmorelli@morellilaw.com
*Counsel for Plaintiff*

1