```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/18/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
HANNA BOUVENG,                                                 :
                                                               :
                              Plaintiff,                       :    **ORDER**
                                                               :
             -v-                                               :    14-CV-5474 (PGG) (JLC)
                                                               :
NYG CAPITAL LLC, *et al.*,                                     :
                                                               :
                              Defendants.                      :
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a telephone conference today in this matter.  As discussed, the Court will hold another telephone conference on **January 26, 2018** at **3:00 p.m.** to have counsel report on the status of further settlement discussions.  Counsel are directed to appear telephonically by calling chambers together at (212) 805-0250 at the scheduled time or otherwise providing a call-in number to the Court.

   **SO ORDERED.**

Dated: New York, New York
       January 18, 2018

_____
JAMES L. COTT
United States Magistrate Judge